# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Gareth Parks

**Plaintiff,**

v.

Baltimore Police Dept., et al.,

**Defendant.**

Case No. 18-3092

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiff

I certify that I am admitted to practice in this Court.

10.8.2018
Date

Signature

Gayle Horn, Bar No. 07182
Printed name and bar number

311 N Aberdeen, Chicago, IL 60607
Address

gayle@loevy.com
Email address

312-243-5900
Telephone number

312-243-5902
Fax number