UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARETH PARKS | * |
| **Plaintiff,** | * |
| v. | |
| | *    Civil No.: 1:18-cv-03092-TDC |
| **BALTIMORE POLICE DEPARTMENT,** *et al.*, | |
| | * |
| **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO EXTEND TIME IN WHICH TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Baltimore Police Department ("BPD"), by its undersigned counsel, respectfully files this Consent Motion to Extend the Time in Which to File a Reply to the Opposition to Motion to Dismiss Plaintiff's Complaint, and in support thereof states as follows:

1. Plaintiff served his Complaint on Defendant BPD on October 17, 2018. ECF No. 9.

2. BPD filed a Motion to Dismiss the Complaint on February 11, 2019. ECF No. 52.

3. Plaintiff filed an Opposition to the Motion to Dismiss on March 18, 2019. ECF No. 58.

3. BPD's Reply is currently due on April 1, 2019. BPD respectfully requests a seven (7) day extension of time, until April 8, 2019, to file its Reply.

4. Plaintiff's counsel has consented to an extension of seven (7) days.

5. This motion is not filed for any improper purpose or delay.

WHEREFORE, Defendant BPD, with consent of Plaintiff, respectfully requests an extension of time of seven (7) days to file its reply, up to and including April 8, 2019. A proposed Order is attached.

Respectfully submitted,

/s/
Kara K. Lynch
Chief Solicitor
Federal Bar No. 29351
100 North Holliday Street, Room 101
Baltimore, Maryland 21202
T: 410.396.2496
F: 410.396.2126
kara.lynch@baltimorepolice.org
*Attorney for BPD*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of March, a copy of the foregoing Consent Motion for Extension of Time was filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record being served via the Court's electronic filing system.

/S/
Kara K. Lynch (No. 29351)