# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GARETH PARKS** | * | |
| **Plaintiff,** | * | |
| **v.** | | |
| | * | **Civil No.: 1:18-cv-03092-TDC** |
| **BALTIMORE POLICE** | | |
| **DEPARTMENT**, *et al.*, | | |
| | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Baltimore Police Department's Consent Motion to Extend Time in Which to File a Reply to Plaintiff's Opposition to its Motion to Dismiss, it is this _____ day of March, 2019:

**ORDERED** that the aforementioned Consent Motion is **GRANTED**; and it is further

**ORDERED** that the deadline upon which Defendant Baltimore Police Department shall file a Reply to Plaintiff's Opposition to its Motion to Dismiss is extended up to and including April 8, 2019.

_____
The Honorable Theodore D. Chuang
United States District Court for the
District of Maryland