# EXHIBIT
# A

GARRETH PARKS,                        *        IN THE

        Petitioner,                   *        CIRCUIT COURT

v.                                    *        FOR

STATE OF MARYLAND,                    *        BALTIMORE CITY

        Respondent.                   *        Case Nos. 199228017-18

*      *      *      *      *      *      *      *      *      *      *      *      *

## ORDER FOR NEW TRIAL

Upon consideration of the Petition for Writ of Actual Innocence, and there being no opposition by the State, and for the reasons set forth at the hearing in the above-captioned case on March 3, 2015, it is this **3rd** day of March 2015,

ORDERED that the Petition for Writ of Actual Innocence is **GRANTED**; and it is further

ORDERED that, pursuant to MD. CODE ANN., CRIM. PROC. § 8-301(f) and Rule 4-332(l), the Petitioner's request for a new trial is **GRANTED**.

JUDGES SIGNATURE APPEARS
ON ORIGINAL DOCUMENT ONLY

Judge Charles J. Peters