## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GARRETH PARKS** | * | |
| **Plaintiff,** | * | |
| v. | | |
| | * | Civil No.: 1:18-cv-03092-TDC |
| **BALTIMORE CITY** | | |
| **POLICE DEPARTMENT,** *et al.*, | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that the Baltimore Police Department, defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order entered in this case on September 9, 2019.

Respectfully submitted,

Andre M. Davis
BALTIMORE CITY SOLICITOR

_____/s/_____
Kara K. Lynch (29351)
Justin S. Conroy (28480)
Chief Solicitors
Alexa E. Ackerman (19943)
Natalie R. Amato (20749)
Assistant City Solicitors
Baltimore City Law Department
Office of Legal Affairs
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
Telephone: (410) 396-2496
Facsimile:  (410) 396-2126
E-mail: kara.lynch@baltimorepolice.org

*Attorneys for Defendant BPD*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of September, 2019, a copy of the foregoing Notice of Appeal was served on all counsel of record via the Court's CM/ECF filing system.

                                                               /s/
                                        Kara K. Lynch (29351)