# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GARRETH PARKS** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil No.: 1:18-cv-03092-TDC |
| **BALTIMORE POLICE DEPARTMENT,** *et al.*, | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Baltimore Police Department's ("BPD") Consent Motion to Stay *Monell* Discovery, it is this _13th_ day of December, 2019:

ORDERED that the aforementioned Consent Motion is GRANTED; and it is further

ORDERED that *Monell* discovery shall be stayed as to BPD until the resolution of the interlocutory appeal on the issue of Eleventh Amendment immunity in this case.

The Honorable Theodore D. Chuang
United States District Court for the
District of Maryland