# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GARRETH PARKS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-3092 |
| | ) | |
| v. | ) | |
| | ) | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | ) ) | Hon. Theodore D. Chuang |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Garreth Parks and Defendants Baltimore Police Department, Todd Tugya, John Riddick, Blane Vucci, Joseph Phelps, Tom Pfeiler, Joseph Mueller, Ray Laslett, Donald Watson, Paul Dean, Jennifer Grant as personal representative of the Estate of Barry Grant, Gordon Carew, Brian Ford, Kevin Buie, Joseph Jefferson, Brian Horton, Jacob Deaven, as personal representative of the Estate of Charles Hagee, and Kimberly Parks, through counsel, jointly stipulate to the dismissal with prejudice of the above-captioned action, and each party to bear their own attorneys' fees and costs.

Dated: April 23, 2020

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ Renee Spence | /s/  Kara K. Lynch |
| *One of Plaintiff's Attorneys* | *Attorneys for Baltimore Police Department* |

Jon Loevy*
Renee Spence*
Gayle Horn
Katie Roche
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Fl.
Chicago, IL 60607
(312) 243-5900
spence@loevy.com
*Admitted *pro hac vice*

Kara K. Lynch
Natalie R. Amato
Justin S. Conroy
BALTIMORE CITY DEPARTMENT OF LAW
Office of Legal Affairs
City Hall, Room 101
100 N. Holliday Street
Baltimore, MD 21202
(410) 396-2496
kara.lynch@baltimorepolice.org
natalie.amato@baltimorecity.gov
justin.conroy@baltimorepolice.org

/s/       Avi T. Kamionski
*Attorneys for the Individual Defendants*

Avi Kamionski
Shneur Nathan
Theresa Concepcion
Mayer Engelsberg
NATHAN & KAMIONSKI, LLP
33 W. Monroe, Suite 1830
Chicago, IL 60603
(312) 612-1928
akamionski@nklawllp.com

## **CERTIFICATE OF SERVICE**

I, Renee Spence, an attorney, certify that on April 23, 2020, I caused the foregoing stipulation to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

/s/ Renee Spence
*One of Plaintiff's Attorneys*